**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AZIZA ASSED,

       Plaintiff,

v.                                                                    No. CV 21-1033 CG/JFR

CREDITONE, L.L.C.,

       Defendant.

## ORDER GRANTING MOTION TO AMEND COMPLAINT

**THIS MATTER** is before the Court on Plaintiff's *Motion for Leave to File Amended Complaint* (the "Motion"), (Doc. 23), filed February 18, 2022; and Defendant's *Response to Plaintiff's Motion for Leave to File Amended Complaint* (the "Response"), (Doc. 27), filed March 4, 2022. Plaintiff seeks "to amend her Complaint to assert her federal causes of action more explicitly and to add Defendants, CreditOne, L.L.C.'s attorney's law firm and individual attorney." (Doc. 23 at 1-2). In the Motion, Plaintiff states Defendant did not respond to her request for concurrence on the Motion, (Doc. 23 at 1), but Defendant states in its Response that Defendant "does not oppose [Plaintiff's] request for leave to [] file the proposed amended pleading." (Doc. 27 at 1). The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Leave to File Amended Complaint*, (Doc. 23), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's proposed *First Amended Complaint*, attached as Exhibit A to the *Motion for Leave to File Amended Complaint*, (Doc. 23-1), shall be deemed filed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE